UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERMAINE DELESTON, <br><br> Plaintiff, <br><br> v. <br><br> BENARES INDIAN RESTAURANT LLC d/b/a Minar, and 700 THIRD AVENUE ASSOCIATES LLC, <br><br> Defendants. | Case No. 1:18-cv-7930 (VEC) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jermaine Deleston ("Plaintiff") and Defendants BENARES INDIAN RESTAURANT LLC d/b/a Minar and 700 THIRD AVENUE ASSOCIATES LLC (collectively, the "Defendants"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice as to the Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

**[INTENTIONALLY LEFT BLANK]**
**[SIGNATURE PAGES TO FOLLOW]**

5067\1

Dated: New York, New York
_____, 2019

BASHIAN & PAPANTONIOU, P.C

By: _____
    Erik M. Bashian, Esq.
    *Attorneys for Plaintiff*
    500 Old Country Road, Suite 302
    Garden City, NY 11530
    (516) 279-1555

THE YITZHAK LAW GROUP

By: _____
    Erica T. Yitzhak, Esq.
    *Attorneys for Defendant*
    *Benares Indian Restaurant LLC*
    *d/b/a Minar*
    17 Barstow Road, Suite 406
    Great Neck, New York 11021
    (516) 466-7144

**SO ORDERED:**

_____
Hon.

ANSELL GRIMM & AARON, P.C.

By: _____
    Michael H. Ansell, Esq.
    *Attorneys for 700 Third Avenue*
    *Associates, LLC*
    365 Rifle Camp Road
    Woodland Park, New Jersey 07424
    732.922.1000
    Email: mha@ansellgrimm.com

56673v1